

EXHIBIT

B

ST CLAIR COUNTY JAIL
700 N 5th Street
Belleville IL 62220

# DETAINEE RULES AND REGULATIONS

RICHARD WATSON
SHERIFF

MAJOR PHILLIP McLAURIN
SUPERINTENDENT

REVISED OCTOBER 2013

KEEN SUBPOENA-000037

## Table of Contents

Message from Sheriff Watson
ADMINISTRATIVE GUIDELINES
   Clothing & ID Wristbands
   Red Line of Security
DISCIPLINARY CODE
   Addressing Employees
   Rule Violations
Good Behavior Allowances
Sentenced Detainees & Weekenders
DETAINEE PRIVILAGES
   Attorney / Clergy Visiting
   Barber / Beauty Shop
   Books & Publications
   Classification
   Tender Positions
   Commissary & Indigent Items
   Copy Service
   Gymnasium & Recreation
   Initial Issues Items
   Laundry Services
   Law Library
   Legal Assistance
   Medical Services
     Sick Call
     Medication
     Dental Care
     Cost for Medical Services
   Personal Hygiene / Grooming
   Programs and Services
     Alcoholics Anonymous
     Chaplain & Church Services
     Drug Counseling
     Narcotics Anonymous
     Tutors Program
   Grievance Procedure
   Inmate Debit Calling Account
   Inmate Debit Western Union Refund Instructions
   Telephones
   Television
   U.S. Mail Service
   Visitation
     Contact Visit
SEGREGATION / MAXIMUM SECURITY
DISCIPLINARY HOUSING
PERSONAL PROPERTY
   Inmate Trust Fund Account
   Release of Money/Transfer of Funds
RELEASE FROM CUSTODY
TRANSFER OF FUNDS

KEEN SUBPOENA-000038

## MESSAGE FROM THE SHERIFF OF ST. CLAIR COUNTY

I intend that you benefit from a safe and sanitary environment while detained in the St. Clair County Jail. Your Cooperation is essential in attaining the objective. Accordingly, the Superintendent, Correctional Officers, administrators and staff of this facility are charged with obtaining your full cooperation. Your failure to cooperate and any conduct inconsistent with these objectives cannot be tolerated and will be subject to discipline.

This publication is intended to help you in understanding the Jail's operation and your part in it. Let us assure you that it is our goal to make your stay at this facility as problem free as possible within reason. Security is always first as it must be. I urge you to obey the instructions of the Correctional Staff and if you have any complaints, put them in writing and submit them to the Jail Superintendent, or me.

RICHARD WATSON

## AUTHORITY FOR THE ST. CLAIR COUNTY CORRECTIONAL FACILITY

The St. Clair County Correctional Facility is operated under Law set forth in the Illinois Revised Statutes, Chapter 75, and Chapter 125, and under the conditions and guidelines prescribed therein.

## ADMINISTRATIVE GUIDELINES

The Sheriff, Undersheriff, Executive Deputy, Jail Administrator, and Assistant Jail Administrator comprise the Administration of this facility and set policy and procedure consistent with the laws of the State of Illinois and its Constitution.

## RED LINE OF SECURITY

In the jail hallways, a "Red Line of Security" exists for the protection of staff and detainees. Detainees are required to stand and/or walk inside the line, closest to the wall. The only time a detainee is allowed across the line is when authorized to do so by an Officer. If a detainee crosses the line without authorization, he/she may be considered a threat, which will be dealt with in a appropriate manner.

## PROPERLY CLOTHED

There are numerous reasons for detainees being called out of he blocks, such as : court, interviews with attorneys, clergy, visit, sick all, etc. For whatever reason that you may be called out of the block, ou must be fully dressed. This means that you must be wearing your umpsuit and it must be fully buttoned. The sleeves and the pants may ot be rolled up and tucked into your socks or cuffed tight around your nkles. Jail uniforms are to be worn at each meal. *For those [etainees issued two piece uniforms the pants of the two piece sets are o be worn around the waist with undershirt(s) tucked in the uaistband.*

## IDENTIFICATION (Wrist Band)

Every detainee admitted into the St. Clair County Jail will be identified by the use of a wristband. You will be required to keep the and on at all times. Any attempt to remove, deface, or alter the wristband WILL result in the loss of your privileges. It may also affect our release. It is designed for your protection and connivance. Anytime that you leave your block, receive medication or any other ervice, you will be required to present your identification band to the ffice who requests it.

If at that time your band shows any kind of damage or lteration, that will be cause for denial of the service and /or further lisciplinary action be taken. This is a MAJOR VIOLATION of the all rules; you will be charged $5.00 for a replacement armband, KEEN SUBPOENA and you may be subject to disciplinary action.

## Major Violations Cont.

**B14.** Unauthorized use of telephones.

**B15.** Setting or causing to be set any type of fire, including possession of any type of cooking devise used for heating, devise.

**B16.** Tampering with security equipment or blocking a locking

**B17.** Rioting or inciting a riot.

**B18.** Possession or tampering with any controlled or unauthorized item (weapons, medication, razors, contraband, etc.).

**B19.** Extortion, blackmail, demanding or receiving money or anything of value, in return for favors of protection of any kind. Attempting to be, or being a Block Boss.

**B20.** Damage to county property and or defacing jumpsuits, blankets, and anything else issued that belongs to the county.

**B21.** Loud talking, yelling, hollering, banging on the walls, rattling bars/gate etc. Yelling into or out of a housing unit or any other area detainees are being held.

**B22.** Wearing any type of head cover to hide identity.

**B23.** Being found guilty of any three (3) minor violations within a thirty (30) day period.

**B24.** Any violation of a major nature not covered in this section.

**B25.** Failure to comply with Grooming Standards.

**B26.** Attempting to communicate with another detainee i.e. passing notes, attempting to pass notes or the U.S. Mail.

## VISITING RULE VIOLATIONS

**V1.** Failure to hang up phone when told to do so by an officer.

**V2.** Causing a disturbance in the visiting room or disrupting the other detainees' visits.

**V3.** Delaying visits by talking in the hallway or housing units (i.e. Recovery, Barbershop, etc.) while going to or from the visiting room.

damaging any county equipment, phones, in the visiting room

## SENTENCED DETAINEE

Detainees who have been sentenced to the St Clair County Jail will be assigned to perform a variety of jobs or participate in work programs as set out by the Sheriff or Jail Superintendent in accordance with guidelines established by the Illinois County Jail Standards. **Failure to participate in work programs will be reviewed as applying to your GOOD TIME STATUS.**

## SENTENCED WEEKENDER

Detainees sentenced to weekends must report at time given on your court order. Reports will be made to the Judge \ Probation should you be late, absent, or *we have reason to believe you are under the influence of alcohol or drugs. You may be tested.*

## GOOD BEHAVIOR ALLOWANCE

For those detainees sentenced to the St. Clair County Jail, GOOD TIME will be assessed automatically in accordance with the "County Jail Good Behavior Allowance Act." This will exclude sentenced detainees with court orders denying them good time. **Good Behavior means your behavior while sentenced. The supervisor in Booking will make you aware of your release date.**

**Any or all good behavior allowance may be revoked by the Superintendent for violations of the jail rules and regulations.**

# Section II
# Detainee Privileges

**Remember**..... The obligations and responsibilities detainees assume while in custody of the St. Clair County Correctional Facility is for the good of all detainees and correctional security. Their violation constitutes a reason for denial of privileges and/or prosecution if a matter of State Law. *We allow access to your conduct records by the court and Probation systems of this County and to Federal Marshal District.*

## ATTORNEY/CLERGY VISITING TIMES

You will be permitted to consult with your attorney in private during the following hours:

8:00 am through 11:00 am
1:00 pm through    4:00 pm
6:30 pm through 10:00 pm daily

## BARBER / BEAUTY SHOP

This room is provided for you with equipment to supply most of your needs. We will not provide a licensed operator for such services. Advise the Classification officer by writing if you are willing to act as a barber. Hair products will not be accepted into the jail other than what is purchased through commissary. Your block will be able to attend the barber shop as scheduled. **Failure to comply with Grooming Standards (page 14) can result in disciplinary action.**

# BOOKS AND OTHER PUBLICATIONS

By mail you may receive *religious, educational source material, and newspapers* that are sent directly to you from the publisher. Detainees will only be allowed to keep newspapers for 3 days due to limited storage space and to avoid unnecessary clutter in their housing areas. Any exception to this rule comes from the Jail Superintendent or his agent.

Detainees will not be allowed to keep more than 10 inches of legal material in their cell at one time. The remaining will be kept in their personal property. Provisions will be made for you to exchange it on a case by case request but not within a fourteen (14) day period unless a confirmed court date is scheduled within that time frame.

Detainees will be allowed to keep up to 6 approved photographs. Anything over this will either be released per the detainees request or placed in their property.

\*\*\**Nude photographs shall be classified as pornography and WILL NOT be permitted in the facility.* \*\*\*

# CLASSIFICATION

Upon being committed to the County Jail, the Classification Officer will be conducting an interview with you to aid in determining your housing assignment while here.

St. Clair County jail is a maximum-security jail that houses various types of prisoners: State Felons, State Misd., Federal Violators, Sentenced and pretrial fugitives etc... Safety and security are considered in your placement in the jail. ALL DETAINEES REGARDLESS OF STATUS ARE TO FOLLOW ALL JAIL RULES AND ORDERS GIVEN.

# TENDER POSITIONS

It is through the Classification Officer that you may make a request to volunteer to become a "tender" during your stay. Please inform the Classification officer of any special skills that you have.

Detainees who are being HELD (pre-trial) on non-violent felony charges may request to serve as a "tender". Federal detainees and detainees with hold orders from D.O.C. or out of state charges/holds will not be accepted. All selections into the tender position will be the decision of the Classification Officer, however, the Jail Superintendent shall have the authority to select anyone he deems appropriate.

# COMMISSARY

The commissary sells snack foods, writing pads, shower sandals, and other items for your use. Commissary will normally be distributed on Thursday. You will be allowed to spend up to $50.00 each week, provided you have funds to do so. Any funds received prior to the end of business hours on Monday may be used for commissary purchases. Detainees must have their armband on to receive their commissary order.

Each Monday evening, commissary forms will be distributed by your Block officer and picked up later during the shift. The Commissary form can be completed using a pencil. Your name, cellblock location and the date should be noted on the front page. Your resident "SD" number is listed on your armband. Your "SD" number should then be entered in the spaces in the upper right hand corner. You should fill in the corresponding number in each column. Your "SD" number is normally 5 digits in length, but may be less, but at no time should it be longer than five numbers.

Items may be purchased by filling in the number of items you wish to order, next to the item description. Only mark one space per line, or that item will be rejected. Before submitting the form back to the Block officer, be sure that you have checked it and signed on the appropriate line. Commissary order forms that are not signed will not be processed.

Once commissary order is placed NO refund will be issued for any reason. If you are released or transferred to another facility you have two options: 1) Have your order picked up within 72 hrs of your release. 2) Fill out a Commissary Transfer Form in the booking office to give your order to another inmate. Any requests for information on your account must be written on a commissary request form available from your block officer.

## INDIGENT DETAINEES

A detainee is considered indigent when the detainees Inmate Trust Account has not exceeded $3.00 for the past thirty (30) consecutive days. This will authorize the detainee to receive the necessary articles to maintain contact with a family of friend and proper grooming/hygiene standards for free. The items will include two envelopes, four sheets of paper, tooth brush, tooth paste and a bar of soap. The items will be distributed bi-weekly by a designated correctional officer.

## COPY SERVICE

For those persons submitting completed legal documents as required by law, copies will be provided for your convenience. **If the documents are to be notarized, please be sure to have that done first.** Detainees will be charged 5 cents (5¢) per copied page. Indigent detainees will be provided pencil and paper to make their own copies. Request order form from your Block Officer.

## GYM / RECREATION

Detainees will be allowed access to the gymnasium for recreation twice per week under normal circumstances and conditions.

## INITIAL ISSUED ITEMS

Each detainee admitted into general population will be issued necessary items. All items must be returned in good order when you leave the institution. Any damaged goods (other than normal wear) can cause charges of Destruction of County Property or damages can be taken from the Inmate Trust Account.

Those items issued to you include:

| | | |
|---|---|---|
| 1 Mattress | 1 Sheet | 1 Blanket |
| 1 Towel | 1 Face Towel | 1 Jumpsuit |
| 1 Toothpaste | 1 Toothbrush | 1 Comb |
| 1 Rule Book | 1 Pencil | |

## LAUNDRY SERVICES

In order to maintain proper sanitation the following schedule has been established. *Blankets* will be laundered once monthly. *Jumpsuits, sheets, towels, and face towels* will be exchanged 2 *times per week. Personal laundry* will be laundered once weekly. Laundry soap will **not** be provided to wash clothes in the block.

## LAW LIBRARY

You are allowed reasonable access to the Jail's Law Library at scheduled times of the week. Books may not leave the library area. Copies of Case Law (§) may be obtained at the . detainees own expense, five cents (5¢) per copied page. Library tender must be present during use of the library.

## LEGAL ASSISTANCE (Notary Public)

All those submitting legal documents, as required by law, a NOTARY PUBLIC is available for your convenience. Most Supervisors are Notaries; notify your block officer of request. There is no charge for this service but will be at the convenience of the notary.

## PICTURES

All pictures that are sent into this facility must be appropriate. This means that the people in the pictures must be clothed. They are not allowed to show any body parts including breast, vaginal area, penal area, no swim suits, etc. Any inappropriate pictures will be destroyed, not placed in your property or returned to sender.

## MEDICAL SERVICES

Inmates held within this facility will have medical care available to them. All detainees admitted to General Population will receive a MEDICAL SCREENING examination within fourteen days of classification. All medical emergencies will be handled immediately. Notify your Block Officer immediately if you have an emergency. **There is NO CHARGE for the intake screening.**

## SICK CALL

Sick call is conducted daily. Detainees with medical complaints will be given the opportunity to request medical care by completing a request form, this is to be filled out completely along with a description of the medical complaint and returned to the Nurse while issuing medication in your housing unit, who will review and determine what action should be taken at this time.

**Exception:** Emergencies will be handled immediately as determined by medical personnel.

## MEDICATION

**All medication must be taken at the time prescribed by the medical staff in the presence of an officer or member of the medical staff.**

If you have a valid prescription for medication at your home, your family may bring it to the jail, and give it to the medical personnel. The prescribing Doctor will be contacted to validate. If the Dr. approves the medication, it will be dispensed to you.

*You may be charged for medication ordered for you by the Medical service while you are in the County Jail.*

## DENTAL CARE

Only emergency dental care will be provided. No cosmetic dental care will be offered

## COST FOR MEDICAL SERVICE

Any inmate seeking medical service will be charged an inmate medical co-pay by the sheriff's department. *All inmates will be charged a flat rate of $10.00 for medical care; this fee will be assessed against your inmate trust account. No inmate will be refused medical treatment based on their inability to pay for services or goods.*

## PERSONAL HYGIENE / GROOMING

Male detainees will be permitted to shave on a daily basis. Personal razors will be distributed at scheduled times to each detainee requiring them. You must return it to the officer within a reasonable time, undamaged and intact. This will be your own personal razor and no other detainee will be permitted to use it. Detainees may not maintain a hairstyle that may signify affiliation with Security Threat Groups, including but not limited to initials, symbols, multiple parts, hair disproportionately longer in one area than another (excluding natural baldness) or hair that poses a sanitation problem. Failure to comply with these standards can result in disciplinary action. *RAZOR WARNING*

Whenever a detainee fails to return a razor to an officer, the BLOCK will automatically be locked down until an investigation is completed. The investigation could last for days or weeks. During this time, there will be no commissary, telephone calls, television or visitation privileges. You are also required to return your razor on time.

## PROGRAMS AND SERVICES

St. Clair County Sheriff's Department is aware of the complications a detainee may face pertaining to other aspects of life while incarcerated. In order to help you address some of your problems, Program and Services are offered to you *upon your request* to that office or to the Counselors office.

**Some Programs are limited in the number of participants at a given time.**

**Alcoholics Anonymous**

Weekly meetings are held for detainees. Notify the

## Chaplain Service

The Chaplains Service is offered on a request basis. If you feel that a private session is needed, we will contact one of the chaplains that have been approved by the Sheriff and Superintendent. Please advise in your request religious preference.

### Church Services
Services and Bible studies are also available.

### Drug Counseling
Weekly meetings held for detainees. Notify Counselor for information.

### Narcotics Anonymous
Weekly meetings held for detainees.

### Tutors Program
Detainees who have the desire to learn reading, mathematics and general studies, may be able to participate in this program.

## Grievance Procedure

*Step 1.* A grieving detainee shall within 24 hrs. after he/she learns of circumstances or conditions which prompted the grievance, submit the grievance to the shift supervisor, in writing, informing him/her of the grievance and the particulars concerning it. The immediate supervisor shall provide a written response to the grieving detainee within 3 days after receiving the grievance.

*Step 2.* If the grievance is not resolved to the detainee's satisfaction, the detainee may submit the grievance to the Assistant Jail Superintendent by summarizing the grievance in writing within forty eight (48) hours through the on duty shift supervisor. The grievance must be submitted to the Jail Superintendent within 3 days (not including weekends and holidays) of the decision of the Assistant Superintendent. The Jail Superintendent will review the response(s) and approve/disapprove them; if he disapproves them, he will take the necessary action to revise the previous response(s) according to the St. Clair County Jail Policies and Procedure Manual or to his professional opinion in a fair and impartial manner and return to the detainee within three (3) duty days. This shall constitute the final resolution of the grievance.

**Note:  Detainee Grievance Forms can be obtained from any supervisor or correctional officer. The Dress-Out Officer is responsible for briefing the grievance procedure to detainees prior to them being assigned to their respective housing units. A Captains request must be submitted prior to the grievance procedure.** *If no response is received within 15 calendar days, then the Jail Superintendent needs to be notified.*

## Telephone Calls

1. All inmates wishing to make personal calls shall use the designated phones
2. Personal calls will be limited to 15 minutes
3. Telephone privileges may be suspended for disciplinary actions
4. Telephone privileges will be suspended during emergencies
5. You have the following options to pay for the calls you make:
   a. Your called party can pay for the calls by accepting a collect call from you and having the call charges billed to their local phone bill
   b. Your called party can pay for the calls by opening a prepaid AdvanceConnect™ account
      i. Have them call 1-800-844-6591 or visit www.securustech.net today to open their account
   c. You can pay for calls using your Inmate Debit calling account

## Inmate Debit Calling Account

With an Inmate Debit account, you may make local, long distance or international calls to landlines and cell phones to any phone number that is not restricted by the St. Clair County Jail.  Because you control the Inmate Debit account, you have more choices of who you can call without being restricted to the limited numbers on friend & family prepaid accounts.

**To Open an Inmate Debit Account**
When you were booked in, an Inmate Debit account was automatically opened for you with a $0 balance.  To make calls, funds simply need to be added to the account.

**To Fund an Inmate Debit Account**
1. Ask your friends & family members to add money directly to your Inmate Debit account at www.securustech.net or 1-800-844-6591

**To Make a Call**
- Pick up the phone
- Select your language
- Select the Debit calling option: *"For a Debit call, press ..."*
- Enter your PIN number
- Enter the phone number you would like to call
- The system will tell you your current balance
- The system will tell you the price for that call
- Proceed with the call

Your Personal Identification Number (PIN)
Please do not share your PIN number with anyone because you might be charged for calls you didn't make.

# Inmate Debit

## Western Union Refund Instructions

Upon your release, your unused Inmate Debit account balance* will be made available for you to collect at any Western Union retail location.

For identification at Western Union, you must provide:

- Your last name
- Your first name
- Your inmate identification/account number
- Your calling PIN

The refund should be available for collection at any Western Union retail location within 15 minutes of your release. Note, refund balances that exceed $100.00 require validation and will be available within 24 business hours.

Your refund will be available for collection for 90 days. No refund will be issued after 90 days.

*A Western Union fee or minimum may apply, reducing your balance available for refund, so it is recommended that you use up your Inmate Debit account balance prior to release.

*The Western Union fee for refunds is $5.50.*

- *If your Inmate Debit account balance exceeds the refund fee, the refund amount you will be able to collect at Western Union will be the amount of your account balance less the fee.*

- *If your Inmate Debit account balance is less than the refund fee, you will not be able to collect a refund.*

# TELEPHONES

Telephones are located in each of the housing units. They are for your convenience and to be shared equally. Monopolizing the telephones by any persons or group of persons or damaging the phone will result in disciplinary action. Phones are turned on at 8:00 a.m. and off at 10:00 p.m. daily. All outgoing phone calls are subject to recording and monitoring.

If your family or your phone company has placed a block on their phone, you will have to communicate with them by mail.

## TELEPHONE BLOCKING INFORMATION

SECURUS operates the telephone system at St. Clair County Jail. Any inquiries or complaints about not being able to complete calls should be directed to SECURUS. Have someone outside the jail contact SECURUS at 1-800-844-6591 or www.securustech.net. *Calling cards and or 800 numbers cannot be used through the SECURUS system.*

The local Phone Company has no control over the telephones here at the jail. However, it may have control over the phones of the person you are attempting to call. Once payment and or the problem have been taken care of, it is your responsibility to have someone contact SECURUS. If the payment has been made to the local telephone company, tell your family/friend to present SECURUS with a receipt # so they can clear the phone number on their end. Securus will automatically disconnect all phone calls after a time of (15) minutes.

The St. Clair County Sheriffs Department will not initiate or return long distance telephone calls related to special visits.

St. Clair County Sheriff Department does **NOT** block phone numbers **UNLESS** we receive complaints from the "owner" of the phone number that harassing calls are being made to-from the jail system. (This might include parents of minors, or victims / witness.) *You will be informed when jail authorities take this action. Disciplinary action may be initiated against you upon complaints.* SECURUS can only be reached by an outside telephone at 1-800-844-6591 or www.securustech.net.

## TELEVISION

Each of the housing units is equipped with a television. The sound volume is to be kept low enough as not to disturb other units or carry over into the hallways. Any malfunction of the set must be reported to your block officer at once. Tampering with the TV in any manner is strictly prohibited and may result in the loss of the privilege. Tampering with remote controls or electric wiring will result in loss of TV for the *entire* block.

## U.S. MAIL SERVICES

Except for privileged / legal mail, you must submit outgoing mail in unsealed envelopes. **Outgoing mail shall be clearly marked with the sender's name and identification number. Mail not clearly marked in this manner shall be returned to the sender if the sender's identity is known, and if not, the mail shall be destroyed.** The Sheriff or Jail Superintendent shall retain the right to spot check all mail when it is believed that jail security may be impaired or mail procedures are being abused or violated. **All incoming, non privileged / legal mail shall be opened and inspected for contraband prior to delivery.** Outgoing mail will be collected daily and incoming mail will be given out Mon- Fri except for national holidays. **Incoming mail as well as return address for detainees must be addressed as below or the mail will not be delivered:**

*Your Name*
*St. Clair County Jail*
*700 N. 5th Street*
*Belleville, Il. 62220*

KEEN SUBPOENA ADDRESS

---

Detainee to detainee communication within the St. Clair County Jail is prohibited. Yelling, attempting to pass notes, or the use of the U.S. Mail to make contact with another detainee either directly or indirectly may result in your loss of privileges or placement in administrative segregation.

The St. Clair County Jail requires indigent detainees to be charged the current postage rate for all outgoing **LEGAL** mail. Upon the detainee obtaining funds, the total amount for postage will be deducted from their balance. The correct amount of postage will be applied to the outgoing mail and you will be charged accordingly.

### *** NOTE***

If anyone intends to send you money through the mail it must be in the form of a **MONEY ORDER**. There will be a 3 day hold on all money orders **OVER $100.00. We are not responsible for money lost in the mail system. *Sheriff's employees cannot delay any of your mail for punishment.* Complaints regarding poor or slow delivery must be addressed to the postmaster General, U.S. Post Office.

**\*\*Cash and personal checks are prohibited.\*\***

## VISITATION

Each detainee will be allowed two visits per week. Visits shall not be less than 15 minutes. Different living units have different visiting days and hours. Schedules will be posted within each housing unit. Complete the visiting list given to you during the intake process. Return it to your Block Officer. You must approve all visits.

You are not required to list your Children on your visiting list if they are under the age of 17, and accompanied by an adult who is on your list. All other visitors on your list **MUST** be 17 yr. or older and present a picture **ID** card when visiting.

If you are observed visiting with an individual who is not on your visiting list, you will be subject to disciplinary action. Any visitor observed violating _any_ visitation rules are subject to being suspended indefinitely.

You will be allowed to place (3) visitors on your approved visiting list. This may be changed at the end of each month. Only one visitor ( or _____ at a time is allowed in the visiting room.

# CONTACT VISITS

Contact Visits are not authorized unless an attorney requests it for a detainee to sign legal correspondence which requires special instructions or by direction of the Sheriff. Contact Visits will be considered for child custody related issues. Detainees should not expect Contact Visits as a result of receiving a prison sentence or to have contact with a relative.

# SEGREGATION / MAXIMUM SECURITY

Segregation status includes: Temporary housing pending a disciplinary hearing or investigation; disciplinary segregation resulting from a disciplinary hearing; or administrative housing status. Segregation areas include the maximum security unit or other areas designated by Administration. Any detainee placed in segregation for any reasons will continue to have access to cell cleaning supplies, personal hygiene needs, medical and legal services. Those detainees with full privileges status will have access to commissary and recreational services as scheduled.

# DISCIPLANARY HOUSING

Detainees placed in segregation on the recommendation of the disciplinary committee will be given a standard issue. All personal property will be placed in detainee's personal property in the property room. This includes but is not limited to commissary, excessive clothing and other items that may constitute a health or security risk in the cell. The detainee will be allowed to retain six (6) photos and six (6) books. Detainees on disciplinary status will be given one (1) hour of recreation time daily in the exercise area. Security concerns may be a factor as to the scheduled time. Those detainees placed in segregation for disciplinary reasons may purchase personal hygiene items from commissary. No food items will be allowed other than the food served at meal times. Detainees will receive their scheduled visits unless the disciplinary placement is due to a visiting rule violation. The detainees conduct while housed in segregation may be factored into early release from segregation by the review board.

# Section IV
# Personal Property & Money Account

## PERSONAL PROPERTY

**Additional Property:**

Due to limited property space we will accept only the following property into our custody. (A) One set of court clothing at a time. One set to be released when another is accepted. (B) Eye glasses. Up to 2 hanging property bags of property upon intake. Any additional personal property must be picked up within 30 days or it will be destroyed.

**Release of Property:**

Detainees who want to release property must fill out a property release form and submit it to the Property Officer at least one (1) day in advance. Property release forms may be obtained from the Block Officer.

1. Property will not be released without the written consent of the detainee.
2. The request form must state specifically what is to be released and to whom the property is to be released to.
3. The person that is to pick up the property must show proper picture identification or the property cannot be released to them.
4. Once property has been released the St. Clair County Jail will no longer be responsible for it; therefore it is important that procedures regarding the release are followed exactly.
5. No property shall be released on weekends or holidays. Only during normal business hours (8:00 am-2:30 pm).
6. Property cannot be transferred from one detainee to another.
7. Detainees that have been sentenced and are to be transported by this department, to the Department of Corrections (D.O.C.) Menard / Dwight, will not be allowed to take their personal property with them Legal paperwork only.

**Once you leave St. Clair Co Jail your property will NOT be held over thirty (30) days.**

**NOTICE:** It is extremely important that all of the information that you put on the request for release of property is correct with regard to NAME, ADDRESS, ETC.

# INMATE TRUST FUND ACCOUNT

Detainees will not be permitted to keep cash in their possession while confined in the St. Clair County Jail. This means that when you are brought into the Jail, any money that you have on your person at that time will be taken away from you and a receipt will be given for that amount of cash. If you have money hidden, bring it to the officers attention so you will be receipted for it. *Money discovered during a search will be confiscated.*

Money will be placed in an *Inmate Trust Account* for you to draw for commissary or to pay for medical and other expenses. All monies that are received through the mail or during visiting hours will be deposited into your account during the regular business hours of 9 am to 4 pm, Monday through Friday. Money can only be released during front office business of 9 am to 4 pm, Monday through Friday. The business office is closed on most major holidays and no money can be released from your account on the weekend unless advance authorization and arrangements have been made with the commissary staff.

# RELEASE OF MONEY

If you wish to release funds from your account, you must complete a blue commissary request form, available from your Block Officer. The request shall be submitted to the commissary staff and completed within the next business day after the commissary office has received it. The Attorney the check is to be written to must pick up the check in person and must show a photo identification card. **You may ONLY release money off your books for ATTORNEY FEES or to POST BOND.**

# AT NO TIME MAY FUNDS BE TRANSFERRED FROM ONE DETAINEE TO ANOTHER DETAINEE

# RELEASE FROM CUSTODY

When you are released from custody you can claim your funds from the front business office. Your funds will be returned to you in the form of a check. The check does not show the account number or routing number. The check can ONLY be cashed at the Regions Bank located at #19 Public Square, Belleville, IL. This is the ONLY branch that will cash the check and it is done free of charge.

If your funds are not collected upon your release, they will remain on your account. No one else will be permitted to pick up your funds; they will only be released to you in person.

# TRANSFER OF FUNDS

When you are transferred to another institution, your account will be cleared and a check will be forwarded to that institution IF IT IS KNOWN. If it is unknown, your funds will remain on your account until we are notified, by you, of your new location and address.

Inmates held for the U.S. Marshal will have their funds forwarded to the Federal Lockbox, where they will be responsible for locating and forwarding your funds to your next destination.

If you do not receive your funds within a reasonable time period, direct a letter to our office and we will investigate your claim. ATTENTION COMMISSARY OFFICE.

NOTES

# SECTION V
# IMPORTANT ADDRESSES

## County & State Agencies

St. Clair County Jail
700 N. 5th Street
Belleville, IL 62220

St.Clair Co. Public Defender
# 10 Public Square
Belleville, IL 62220

Circuit Clerks Office
St. Clair County Court
# 10 Public Square
Belleville, IL 62220

Office of the Clerk
Illinois Court of Appeals
14th and Main Streets
Mt. Vernon, IL 62864

## Federal Agencies

Office of the Clerk
So. Illinois District
750 Missouri Ave.
E. St. Louis, IL 62202

Office of the Clerk
Eastern Missouri District
1114 Market Street
St. Louis, MO 63101

Federal Public Defender
650 Missouri Ave.
East St. Louis, IL 62201

Federal Public Defender
1010 Market Street
St. Louis, MO 63101

KEEN SUBPOENA-000049

Exhibit B 13 of 14

NUMBERS

KEEN SUBPOENA-000050

ADDRESSES

Exhibit B 14 of 14