# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST- COMPLAINT FORM

Name Dallas McIntosh    Number 453206    Block F-Max    Date 8/4/13

Request/ Complaint: This is about the pills given to me and my being sent to max. I've been housed in the infirmary of this jail under the medical care of the Wexford medical staff and the observation of the correctional officers assigned to the infirmary since I got here in October of 2012, because of the injuries I suffered from multiple gunshot wounds. I was suffering great physical pain and having great physical difficulty due to my injuries, as was witnessed by the doctor and all the nurses who have been working here since I arrived and who saw my condition and often had to help me. I was having emotional and psychological problems as well

Signature Dallas McIntosh    Date 8/4/13

Officers actions: _____

Signature _____ Date _____

Supervisors Actions: _____

Signature _____ Date _____

Admin Action: _____

Signature _____ Date *Exhibit-A

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST-COMPLAINT FORM

Name: Dallas McIntosh   Number: 453206   Block: F-Max   Date: 8/4/13

Request / Complaint (cont.): and in early February-2013 I was put on suicide watch because of a suicide note I had written to my friends and family after the note was found by officers during a shakedown of the infirmary. Both, the county jail correctional officers and the Wexford nursing staff were notified of my status as a suicide-risk and even Major McLaurin told my family about my mental state and my placement in the Quiet Room and let them visit me. Right after I was let out of the quiet room and placed back in the infirmary, a nurse spoke with me about my medical and mental difficulties and told me that she and the whole nursing staff knew about all my medical, mental, and legal circumstances and that they knew what I was going through. She told me that she was going to help me as best as she could. Without my asking, this nurse started giving me pill medication that she said would make me feel better. I didn't see the doctor to get put on the pills, but the nurse showed me exactly which pills and how many I was supposed to take and she was giving me enough of them to hold me over between the times that she worked. At first the pills made me very sick and caused me bad stomach aches, muscle pains, headaches, dizziness, nausea, and made me vomit on several occasions, but they numbed my physical pain from the gunshot wounds and kept me so dazed and confused and sleepy that I didn't have to deal with the reality of my criminal case. But the pills also made me go through

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST-COMPLAINT FORM

Name: Dallas McIntosh   Number: 453206   Block: F-Max   Date: 8/4/13

Request / Complaint (cont.): up-and-down mood swings and to have even more suicidal thoughts. This nurse was giving me the pills while she was working, in front of the other infirmary detainees and other nurses, so it wasn't a secret to the nursing staff that I was being given medication over a period of time during which they all knew I had not been prescribed anything by a doctor. Because of the drowsiness caused by the pills, I was sleeping through the entirety of almost everyday and missing 2 to 3 meals everyday and not taking care of myself or my hygiene. After I lost so much weight, the doctor put me on a high calorie diet to increase my weight — which all of the nurses and officers knew about because it was ordered by a doctor and my name was written on the tray that the officers passed out. Even so, the officers assigned to the infirmary, who saw that I was always sleeping and not eating, didn't even bother to wake me up to get the diet-trays and instead gave them away to the other detainees everyday. The nurses did nothing about it even though they watched me miss the trays and knew I was not eating. Due to the constantly increasing supply of pills being given to me by the nurse, I became more suicidal, mentally incapacitated, and steadily and constantly dazed and confused. I became completely addicted which prevented me from stopping to take the pills. This went on for the past 6 months and up until today when the infirmary was

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST-COMPLAINT FORM

Name: Dallas McIntosh   Number: 453206   Block: F-Max   Date: 8/4/13

Request/Complaint (cont.): searched by Lt. Sutherlin and her officers. My sleeping area and property was searched and the officers found some of the pills that I was given by the same nurse who's been giving them to me since February of this year, as well as other contraband that she had me keeping for her. As a result of the pills and contraband being found, I've been sent to segregation by administrative order without the nurses or officers, who were on duty and present when the pills were found, even bothering to find out what's going on with me, screening me for medication dependency, withdrawal effects, or giving me a mental health evaluation to see if I'm suicidal based on the fact that they all know that I was put on suicide watch earlier this year because of the note I wrote. The nurses and officers are supposed to know to do that in a situation like this based on my history. I don't think I did anything wrong to be put in segregation because the pills were given to me by a member of Wexford's nursing staff who was hired by Wexford and the county jail. If I wasn't supposed to have the pills then the nurse should have been trained not to give them to me and she should've been better supervised, but they weren't supervising her at all. This is true especially because several of the nurses that have been hired to work here are using the pills themselves for fun and shouldn't have been hired in the first place if

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST-COMPLAINT FORM

Name: Dallas McIntosh   Number: 453206   Block: F-Max   Date: 8/4/13

Request/Complaint (cont.): Wexford and the Sheriff's Dept. had thoroughly evaluated and screened them before hiring. In any case, I know for a fact that the nurses and officers should have known and did know that something was wrong. The fact that I was already a suicide risk and showing signs of depression by not eating and sleeping too much should have put them on alert, but they don't care about detainees with mental problems or suicidal tendencies or haven't been taught to deal with them. The nurses and officers had to at least know that hundreds of pills were missing from the nurses station because Wexford and the county jail have a duty to keep track of medication in their possession and I know for a fact that the nurse who gave me the pills was getting them out the nurses office. McLaurin should'nt have had me put in here and I want to be released from segregation now! This cell is filthy, I don't feel well, and I know I'm going to start getting sick without the pills. On top of all that, there are more pills that were inside of my mattress they let me keep from the infirmary and I don't trust myself with them. I'm asking to see a medical doctor, the psych-doctor, and I want to speak with a supervisor immediately. If not, then I seek monetary relief for all I suffered.

Signature: Dallas McIntosh   Date: 8/4/13

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST-COMPLAINT FORM

Name: Dallas McIntosh   Number: 453206   Block: F-Max   Date: 8/5/13

Request / Complaint (follow-up): Yesterday I sent in a captains request complaint about the shakedown that caused me to be sent to segregation and put on administrative lockdown because of some pills and contraband that were found in my possessions in the infirmary, but all of which had been given to me by one of the nurses for months now. Obviously the complaint I wrote was thrown away by officer Beattie or I'm being ignored because this is an emergency and somebody should've come to talk to me by now. Nobody has let me know anything, including how long I'm going to be back here. Those pills that were found and that I've been taking, had my mind playing tricks on me and have had me feeling depressed and constantly thinking about suicide. Yesterday when I got moved to segregation, the officers gave me my same mattress from the infirmary and it had another bundle of pills inside of it. Last night I took all the pills in the mattress to try to kill myself because I was so depressed at my situation and by having been put in this filthy segregation cell that the only thoughts that kept popping into my head was to kill myself so that's what I tried to do. I ended up trying to hang myself from the top bar of the cell using the sheet, but it came undone while I was hanging and I fell and hit my head on the bed-frame and floor so hard that I was dizzy and everything was blurred.

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST-COMPLAINT FORM

Name: Dallas McIntosh  Number: 453206  Block: F-Max  Date: 8/5/13

Request/Complaint (follow-up cont.): I blacked out for a little bit on the floor and as I came around I became really sick from all the pills that I had swallowed, my heart started beating really fast, and I couldn't breathe. I started throwing up some of the pills mixed with blood. I eventually blacked out again for hours. Since I woke up, I've been trying to get a printed Captains request form, but the guards won't bring it. I still don't believe anybody has even read my complaint from yesterday and the guards are refusing to give me a detainee grievance until I can show them that my Captains request grievance has been answered. I want to be examined by a medical and psych doctor and I'm sure I'm going to have withdrawal from the pills unless they give me something for it. At least send a nurse, so she can check me out. I want to speak with a supervisor to be let out of segregation immediately because they shouldn't have put me back here knowing my suicidal tendency and nobody talked to me after they found all the pills, so they could see how I was feeling. I also need some disinfectant to clean up the cell cause I've got vomit and blood in here now. Anyway, I didn't do anything wrong cause the nurse gave me the pills for me, gave me the other stuff to hold, the other officers and nurses saw her, knew about it, and did nothing about it — so I didn't do anything wrong, and

## ST. CLAIR COUNTY SHERIFF's DEPARTMENT
## REQUEST-COMPLAINT FORM

Name: Dallas McIntosh  Number: 453206  Block: F-Max  Date: 8/5/13

Request / Complaint (follow-up cont.): they know its not all my fault. I am seeking immediate and monetary relief for my suffering.

Signature: [signed] Dallas McIntosh  Date: 8/5/13

# ST. CLAIR COUNTY SHRIFF'S DEPARTMENT
## HEALTH SERVICES REQUEST FORM

PRINT NAME: Dallas McIntosh   DATE OF REQUEST: 8/5/13

ID#: 453206   DATE OF BIRTH: 9/27/84   HOUSING LOCATION: F

NATURE OF PROBLEM OR REQUEST: I hit my head really hard & it feels bruised & swollen. I think I got a concussion. I also got very sick from some pills and threw up last night & I think I'm going to have withdrawal if I don't get something for it cause they took my medication yesterday. I need to see the psych doctor too cause I'm having bad thoughts in here and I need to be moved ASAP!!

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED:

_Dallas McIntosh_
DETAINEE SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**

---

### DO NOT WRITE IN THE BOX BELOW – MEDICAL STAFF ONLY

SUBJECTIVE:

OBJECTIVE: BP_____  P_____  R_____  T_____

ASSESSMENT:

PLAN:

Refer to: _____ PA/Physician   _____ Mental Health   _____ Dental

Signature:_____ Title:_____ Date:_____ Time:_____

*Exhibit-C