IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALLAS McINTOSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:17-cv-103-JPG-DGW |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the preparation of the transcript of the Pavey/Evidentiary Hearing held on August 15, 2018 in the above entitled cause of action be prepared by Laura Esposito, Court Reporter for the U.S. District Court, and filed with the Clerk of the Court *within 14 days* at the expense of the United States.

**DATED:**   October 11, 2018

*s/ Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge