UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF ILLINOIS

DALLAS MCINTOSH, B-85114 )
)
  PETITIONER )
VS. )   NOTICE OF APPEAL
) CASE NO. _17-CV-00103-JPG-DGW_
)
WEXFORD HEALTH SOURCES, INC., et al. )
)
  RESPONDENT

Received at Pinckneyville CC and E-mailed
1/14/19 by CB  11 Pages
Date   Initials   No.

## NOTICE OF APPEAL

Notice is hereby given that _Dallas McIntosh_, above named, appeals to the United States Court of Appeals for the _7th_ Circuit from the _Memorandum and Order (at Doc. 135) Doc. 134) rejecting Magistrate Judge's Report, Granting defendants motions for summary judgment, and dismissing Plaintiff's case for failure to exhaust administrative remedies, and the Judgment entered therefrom (at Doc. 135)_

(attach extra page if necessary)

entered in this action on _November 14, 2018_.

Respectfully Submitted,
/s/ _[signature]_

Subscribed and Sworn To Before Me
This _8th_ Day of _January_ , 20_19_

_[signature] Dana Newton_
NOTARY   PUBLIC   SEAL

OFFICIAL SEAL
DANA NEWTON
Notary Public - State of Illinois
My Commission Expires 8/02/2020



SCANNED AT PINCKNEYVILLE CC and E-mailed
1/14/19 by CB  //  pages
date    Initials  No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: **Dallas McIntosh**

ID Number: **B85114**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: **17-CV-00103-JPG-DGW**

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Notice of Appeal | 11 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.