AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

DALLAS MCINTOSH, #B-85114

) Appeal from the United States District Court for the
) Southern District of Illinois
)
v. Case No. _____
) District Court No. _____
)
) District Court Judge J. Phil Gilbert
WEXFORD HEALTH SOURCES, INC., et al.)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Dallas McIntosh

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: January 8, 2019

My issues on appeal are: (1) Abuse of discretion in (a) rejecting Mag. Judge's Report/Recommendation, (b) accepting Def.'s expert analysis/conclusion w/o an expert, (c) making credibility determination in Def.'s favor while excluding, and not receiving further impeaching evidence made by Plaintiff's offer of proof; (2) Error of law in assessing nature of evidence & weighing evidence; (3) Denial of fair hearing & opportunity to be heard; and (4) Abuse of discretion in denial of counsel and to have witnesses present.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $N/A | $N/A | $ | $N/A |
| Self-employment | $N/A | $ | $ | $ |
| Income from real property (such as rental income) | $N/A | $ | $ | $ |
| Interest and dividends | $N/A | $ | $ | $ |
| Gifts | $200 | $ | $ | $ |
| Alimony | $N/A | $ | $ | $ |
| Child support | $N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $N/A | $ | $ | $ |
| Unemployment payments | $N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $N/A | $ | $ | $ |
| Other (specify): _____ | $N/A | $ | $ | $ |
| Total monthly income: | $200 | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| New York Cleaners | 5900 Bond Ave, East St. Louis, IL | 2007 - Sept. 2012 | $2600.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account. *I have repeatedly requested a more current 6-month certified statement, but the prison trust fund office has not responded. I need the Court to issue an order for them to provide it, please!*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) Make & year: Model: Registration # |
|---|---|---|
| N/A | N/A | N/A |

| Motor Vehicle #2 (Value) Make & year: Model: Registration # | Other assets (Value) | Other assets (Value) |
|---|---|---|
| N/A | N/A | N/A |

8770S

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ |
| Home maintenance (repairs and upkeep) | $ N/A | $ |
| Food | $ 150 | $ |
| Clothing | $ 10 | $ |
| Laundry and dry-cleaning | $ 10 | $ |
| Medical and dental expenses | $ 5 | $ |
| Transportation (not including motor vehicle expenses | $ N/A | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ |

SD 428

SD42

| | | |
|---|---|---|
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ |
| Motor vehicle | $ N/A | $ |
| Other: _____ | $ N/A | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ |
| Installment payments | $ N/A | $ |
| Motor Vehicle | $ N/A | $ |
| Credit card (name): _____ | $ N/A | $ |
| Department store (name): _____ | $ N/A | $ |
| Other: _____ | $ N/A | $ |
| Alimony, maintenance, and support paid to others | $ N/A | $ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ N/A | $ |
| Other (specify): Law Library fees | $ 25.00 N/A | $ |
| Total monthly expenses: | $ 200 | $ ✓ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No  If yes, describe on an attached sheet.

10. Have you paid–or will you be paying–an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

SD 428
SD42E

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am currently, and will be foreseeably, incarcerated. I do not have any assets or guaranteed income. I am totally dependent on whatever money my mother and few relatives can spare. I cannot predict with certainty what I will receive. I had to proceed 'In Forma Pauperis' in the District Court to pay the $350 filing fee, and I must certainly cannot afford to pay the $500 appellate fee up front. I'm sorry.

13. State the address of your legal residence.

Pickneyville Correctional Center

5835 State Route 154

Pickneyville, IL 62274

Your daytime phone number: (___) N/A

Your age: 34  Your years of schooling: 16

Your social-security number: 7197

Date: 12/27/2018  
Time: 2:12pm  
d_list_inmate_trans_statement_composite

Pinckneyville Correctional Center  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/27/2018 thru 12/27/2018;   Inmate: B85114;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B85114 McIntosh, Dallas F.**                **Housing Unit: PNK-R1-B -71**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | | 0.00 |
| 07/31/18 | Point of Sale | 60 Commissary | 2127156 | 929791 | Commissary | | -93.57 | -93.57 |
| 08/01/18 | Mail Room | 15 JPAY | 213200 | 88715279 | McIntosh, Bettty | | 100.00 | 6.43 |
| 08/03/18 | Mail Room | 15 JPAY | 215200 | 88834454 | McIntosh, Bettty | | 60.00 | 66.43 |
| 08/03/18 | Mail Room | 04 Intake and Transfers In | 2152154 | 161211 | Menard C.C. | | 254.27 | 320.70 |
| 08/09/18 | Point of Sale | 60 Commissary | 2217156 | 931032 | Commissary | | -223.59 | 97.11 |
| 08/10/18 | Disbursements | 88 koss | 222368 | Chk #96328 | 132566, Koss Stereop, 08/10/2018 | Inv. Date: | -9.00 | 88.11 |
| 08/10/18 | Payroll | 20 Payroll Adjustment | 222168 | | P/R month of 7 2018 | | 2.04 | 90.15 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132362, US Postal Se, 07/30/2018 | Inv. Date: | -.47 | 89.68 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132362, US Postal Se, 07/30/2018 | Inv. Date: | -.47 | 89.21 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132362, US Postal Se, 07/30/2018 | Inv. Date: | -.47 | 88.74 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132362, US Postal Se, 07/30/2018 | Inv. Date: | -.47 | 88.27 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132488, US Postal Se, 08/06/2018 | Inv. Date: | -.47 | 87.80 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132508, US Postal Se, 08/07/2018 | Inv. Date: | -.47 | 87.33 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132508, US Postal Se, 08/07/2018 | Inv. Date: | -.47 | 86.86 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132513, US Postal Se, 08/08/2018 | Inv. Date: | -4.13 | 82.73 |
| 08/10/18 | Disbursements | 81 Legal Postage | 222368 | Chk #96375 | 132513, US Postal Se, 08/08/2018 | Inv. Date: | -4.13 | 78.60 |
| 08/10/18 | Disbursements | 80 Postage | 222368 | Chk #96375 | 132566, US Postal Se, 08/10/2018 | Inv. Date: | -3.93 | 74.67 |
| 08/16/18 | Mail Room | 15 JPAY | 228200 | 89352907 | McIntosh, Bettty | | 100.00 | 174.67 |
| 08/16/18 | Point of Sale | 60 Commissary | 2287156 | 932359 | Commissary | | -82.32 | 92.35 |
| 08/22/18 | Point of Sale | 60 Commissary | 2347156 | 933546 | Commissary | | -57.60 | 34.75 |
| 08/24/18 | Mail Room | 04 Intake and Transfers In | 2362154 | 161573 | Menard C.C. | | 8.16 | 42.91 |
| 08/25/18 | Mail Room | 15 JPAY | 237200 | 89714789 | McIntosh, Bettty | | 100.00 | 142.91 |
| 08/30/18 | Point of Sale | 60 Commissary | 2427174 | 934727 | Commissary | | -53.04 | 89.87 |
| 09/06/18 | Point of Sale | 60 Commissary | 2497170 | 935463 | Commissary | | -67.39 | 22.48 |
| 09/10/18 | Mail Room | 15 JPAY | 253200 | 90400266 | McIntosh, Bettty | | 110.00 | 132.48 |
| 09/13/18 | Point of Sale | 60 Commissary | 2567156 | 936745 | Commissary | | -68.32 | 64.16 |
| 09/14/18 | Payroll | 20 Payroll Adjustment | 257168 | | P/R month of 8 2018 | | 10.00 | 74.16 |
| 09/17/18 | Disbursements | 90 Medical Co-Pay | 260368 | Chk #96769 | 132721, DOC: 523 Fun, 08/21/2018 | Inv. Date: | -5.00 | 69.16 |
| 09/17/18 | Disbursements | 90 Medical Co-Pay | 260368 | Chk #96769 | 132737, DOC: 523 Fun, 08/21/2018 | Inv. Date: | -5.00 | 64.16 |
| 09/17/18 | Disbursements | 90 Medical Co-Pay | 260368 | Chk #96769 | 132798, DOC: 523 Fun, 08/22/2018 | Inv. Date: | -5.00 | 59.16 |
| 09/17/18 | Disbursements | 90 Medical Co-Pay | 260368 | Chk #96769 | 133060, DOC: 523 Fun, 09/14/2018 | Inv. Date: | -5.00 | 54.16 |
| 09/17/18 | Disbursements | 84 Library | 260368 | Chk #96770 | 132731, DOC: 523 Fun, 08/21/2018 | Inv. Date: | -3.70 | 50.46 |
| 09/17/18 | Disbursements | 84 Library | 260368 | Chk #96770 | 133018, DOC: 523 Fun, 09/10/2018 | Inv. Date: | -1.80 | 48.66 |
| 09/17/18 | Disbursements | 84 Library | 260368 | Chk #96770 | 133018, DOC: 523 Fun, 09/10/2018 | Inv. Date: | -2.70 | 45.96 |
| 09/17/18 | Disbursements | 84 Library | 260368 | Chk #96770 | 133018, DOC: 523 Fun, 09/10/2018 | Inv. Date: | -3.80 | 42.16 |

Date: 12/27/2018  
Time: 2:12pm  

Pinckneyville Correctional Center  
Trust Fund  
Inmate Transaction Statement  

Page 2

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 06/27/2018 thru 12/27/2018;   Inmate: B85114;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B85114 McIntosh, Dallas F.**     **Housing Unit: PNK-R1-B -71**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/17/18 | Disbursements | 81 Legal Postage | 260368 | Chk #96772 | 132635, US Postal Se, | Inv. Date: 08/16/2018 | -1.84 | 40.32 |
| 09/17/18 | Disbursements | 81 Legal Postage | 260368 | Chk #96772 | 132635, US Postal Se, | Inv. Date: 08/16/2018 | -.47 | 39.85 |
| 09/17/18 | Disbursements | 81 Legal Postage | 260368 | Chk #96772 | 132635, US Postal Se, | Inv. Date: 08/16/2018 | -.68 | 39.17 |
| 09/17/18 | Disbursements | 81 Legal Postage | 260368 | Chk #96772 | 132940, US Postal Se, | Inv. Date: 09/06/2018 | -.68 | 38.49 |
| 09/20/18 | Point of Sale | 60 Commissary | 2637170 | 938317 | Commissary | | -37.74 | .75 |
| 09/23/18 | Mail Room | 15 JPAY | 266200 | 90923127 | McIntosh, Bettty | | 100.00 | 100.75 |
| 09/27/18 | Point of Sale | 60 Commissary | 2707177 | 939673 | Commissary | | -58.57 | 42.18 |
| 10/03/18 | Mail Room | 15 JPAY | 276200 | 91312668 | McIntosh, Bettty | | 100.00 | 142.18 |
| 10/04/18 | Point of Sale | 60 Commissary | 2777174 | 940684 | Commissary | | -65.81 | 76.37 |
| 10/11/18 | Point of Sale | 60 Commissary | 2847170 | 941799 | Commissary | | -43.15 | 33.22 |
| 10/12/18 | Payroll | 20 Payroll Adjustment | 2851154 | | P/R month of 9 2018 | | 10.00 | 43.22 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133231, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -1.90 | 41.32 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133231, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -2.50 | 38.82 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133234, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -1.10 | 37.72 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133237, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -2.70 | 35.02 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133238, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -3.40 | 31.62 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133239, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -1.30 | 30.32 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133242, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -1.80 | 28.52 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133242, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -6.10 | 22.42 |
| 10/15/18 | Disbursements | 84 Library | 288368 | Chk #97169 | 133246, DOC: 523 Fun, | Inv. Date: 09/24/2018 | -.60 | 21.82 |
| 10/15/18 | Disbursements | 81 Legal Postage | 288368 | Chk #97171 | 133145, US Postal Se, | Inv. Date: 09/20/2018 | -.68 | 21.14 |
| 10/15/18 | Disbursements | 81 Legal Postage | 288368 | Chk #97171 | 133179, US Postal Se, | Inv. Date: 09/21/2018 | -.47 | 20.67 |
| 10/15/18 | Disbursements | 80 Postage | 288368 | Chk #97171 | 133323, US Postal Se, | Inv. Date: 09/26/2018 | -7.80 | 12.87 |
| 10/15/18 | Disbursements | 80 Postage | 288368 | Chk #97171 | 133356, US Postal Se, | Inv. Date: 09/28/2018 | -.47 | 12.40 |
| 10/17/18 | Mail Room | 15 JPAY | 290200 | 91909841 | McIntosh, Bettty | | 120.00 | 132.40 |
| 10/18/18 | Point of Sale | 60 Commissary | 2917177 | 943766 | Commissary | | -58.96 | 73.44 |
| 10/26/18 | Point of Sale | 60 Commissary | 2997177 | 944920 | Commissary | | -53.07 | 20.37 |
| 10/30/18 | Mail Room | 15 JPAY | 303200 | 92404349 | McIntosh, Bettty | | 250.00 | 270.37 |
| 11/01/18 | Point of Sale | 60 Commissary | 3057156 | 946075 | Commissary | | -104.25 | 166.12 |
| 11/08/18 | Point of Sale | 60 Commissary | 3127165 | 947230 | Commissary | | -114.35 | 51.77 |
| 11/12/18 | Mail Room | 15 JPAY | 316200 | 93011845 | McIntosh, Bettty | | 100.00 | 151.77 |
| 11/14/18 | Payroll | 20 Payroll Adjustment | 318168 | | P/R month of 102018 | | 10.00 | 161.77 |
| 11/14/18 | Disbursements | 81 Legal Postage | 318368 | Chk #97579 | 133916, US Postal Se, | Inv. Date: 11/05/2018 | -.47 | 161.30 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133665, DOC: 523 Fun, | Inv. Date: 10/22/2018 | -3.80 | 157.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 12/27/2018 | | | Pinckneyville Correctional Center | | | | Page 3 |
| Time: | 2:12pm | | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 06/27/2018 thru 12/27/2018;   Inmate: B85114;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B85114 McIntosh, Dallas F.**            **Housing Unit: PNK-R1-B -71**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133670, DOC: 523 Fun, 10/22/2018 | Inv. Date: | -.80 | 156.70 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133677, DOC: 523 Fun, 10/22/2018 | Inv. Date: | -4.60 | 152.10 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133690, DOC: 523 Fun, 10/22/2018 | Inv. Date: | -.40 | 151.70 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133776, DOC: 523 Fun, 10/26/2018 | Inv. Date: | -2.30 | 149.40 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133778, DOC: 523 Fun, 10/26/2018 | Inv. Date: | -.30 | 149.10 |
| 11/14/18 | Disbursements | 84 Library | 318368 | Chk #97580 | 133778, DOC: 523 Fun, 10/26/2018 | Inv. Date: | -.60 | 148.50 |
| 11/14/18 | Disbursements | 90 Medical Co-Pay | 318368 | Chk #97581 | 133824, DOC: 523 Fun, 10/29/2018 | Inv. Date: | -5.00 | 143.50 |
| 11/15/18 | Point of Sale | 60 Commissary | 3197170 | 948725 | Commissary | | -93.49 | 50.01 |
| 11/26/18 | Mail Room | 15 JPAY | 330200 | 93574619 | McIntosh, Bettty | | 100.00 | 150.01 |
| 11/29/18 | Point of Sale | 60 Commissary | 3337177 | 950924 | Commissary | | -94.93 | 55.08 |
| 11/30/18 | Disbursements | 81 Legal Postage | 334368 | Chk #97772 | 134049, Reserve Acct, 11/26/2018 | Inv. Date: | -.94 | 54.14 |
| 12/06/18 | Point of Sale | 60 Commissary | 3407177 | 952282 | Commissary | | -31.44 | 22.70 |
| 12/06/18 | Disbursements | 81 Legal Postage | 340368 | Chk #97943 | 134327, Reserve Acct, 12/05/2018 | Inv. Date: | -1.84 | 20.86 |
| 12/06/18 | Disbursements | 81 Legal Postage | 340368 | Chk #97943 | 134327, Reserve Acct, 12/05/2018 | Inv. Date: | -1.84 | 19.02 |
| 12/09/18 | Mail Room | 15 JPAY | 343200 | 94170152 | McIntosh, Bettty | | 100.00 | 119.02 |
| 12/13/18 | Point of Sale | 60 Commissary | 3477170 | 953854 | Commissary | | -82.42 | 36.60 |
| 12/14/18 | Payroll | 20 Payroll Adjustment | 348168 | | P/R month of 112018 | | 10.00 | 46.60 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134036, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -1.50 | 45.10 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134043, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -5.40 | 39.70 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134043, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -1.70 | 38.00 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134047, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -3.50 | 34.50 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134048, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -3.70 | 30.80 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134048, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -2.40 | 28.40 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134048, DOC: 523 Fun, 11/26/2018 | Inv. Date: | -.40 | 28.00 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134520, DOC: 523 Fun, 12/14/2018 | Inv. Date: | -2.50 | 25.50 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134520, DOC: 523 Fun, 12/14/2018 | Inv. Date: | -.60 | 24.90 |
| 12/14/18 | Disbursements | 84 Library | 348368 | Chk #98055 | 134520, DOC: 523 Fun, 12/14/2018 | Inv. Date: | -.40 | 24.50 |
| 12/14/18 | Disbursements | 90 Medical Co-Pay | 348368 | Chk #98056 | 134426, DOC: 523 Fun, 12/11/2018 | Inv. Date: | -5.00 | 19.50 |
| 12/14/18 | Disbursements | 90 Medical Co-Pay | 348368 | Chk #98056 | 134433, DOC: 523 Fun, 12/11/2018 | Inv. Date: | -5.00 | 14.50 |
| 12/14/18 | Disbursements | 90 Medical Co-Pay | 348368 | Chk #98056 | 134491, DOC: 523 Fun, 12/12/2018 | Inv. Date: | -5.00 | 9.50 |
| 12/18/18 | Mail Room | 16 GTL | 352200 | 747095511320809610 | McIntosh, Betty | | 100.00 | 109.50 |

Date: 12/27/2018
Time: 2:12pm
d_list_inmate_trans_statement_composite

# Pinckneyville Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 06/27/2018 thru 12/27/2018; Inmate: B85114; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B85114 McIntosh, Dallas F.**  **Housing Unit: PNK-R1-B -71**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/21/18 | Disbursements | 81 Legal Postage | 355368 | Chk #98149 | 134589, Reserve Acct. Inv. Date: 12/19/2018 | -.89 | 108.61 |
| 12/21/18 | Point of Sale | 60 Commissary | 3557174 | 955812 | Commissary | -75.56 | 33.05 |
| 12/21/18 | Point of Sale | 60 Commissary | 3557174 | 955813 | Commissary | -1.96 | 31.09 |
| 12/27/18 | Point of Sale | 60 Commissary | 3617177 | 956484 | Commissary | -2.12 | 28.97 |

|  |  |
|---|---|
| Total Inmate Funds: | 28.97 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 28.77 |
| Funds Available: | .20 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/20/2018 | 134615 | Disb | Library | 2 DOC: 523 Fund Library | $3.20 |
| 12/20/2018 | 134615 | Disb | Library | 2 DOC: 523 Fund Library | $2.20 |
| 12/20/2018 | 134615 | Disb | Library | 2 DOC: 523 Fund Library | $6.00 |
| 12/20/2018 | 134615 | Disb | Library | 2 DOC: 523 Fund Library | $4.60 |
| 12/20/2018 | 134639 | Disb | Legal Postage | 10433 Reserve Acct. Pitney Bowes | $0.47 |
| 12/21/2018 | 134627 | Disb | Library | 2 DOC: 523 Fund Library | $4.30 |
| 12/21/2018 | 134630 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 12/21/2018 | 134636 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 12/21/2018 | 134637 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 12/24/2018 | 134643 | Disb | Library | 2 DOC: 523 Fund Library | $1.40 |
| 12/24/2018 | 134644 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 12/24/2018 | 134644 | Disb | Library | 2 DOC: 523 Fund Library | $3.10 |
| 12/24/2018 | 134644 | Disb | Library | 2 DOC: 523 Fund Library | $2.00 |

**Total Restrictions:** $28.77

## CERTIFICATION

(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: Dallas McIntosh

Institution: Pinckneyville CC

Register Number: B85114

I, Karen Pickering, Acct. Tech, hereby certify that the
(Name and Title of Authorized Officer – please print)

Inmate identified above currently has the sum of $ .20 on account at Pinckneyville CC.
(Institution where confined)

Karen Pickering
Signature of Authorized Officer

Dated: 12/27/18